IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stephanie Montez,<br><br>  Plaintiff(s),<br>v.<br><br>Capital Recovery Associates Inc., dba CRA Security Systems and Richard Lyons,<br><br>  Defendant(s). | NO. C 05-01208 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE FOR DEFAULT JUDGMENT** |

Plaintiff's case management statement filed September 12, 2005, indicates that the Clerk of Court has entered default against Defendant Capital Recovery Associates, Inc. dba CRA Security Systems. Accordingly, Plaintiff shall notice a motion for default judgment for hearing no later than November 7, 2005.

Because there is another named defendant, Richard Lyons, the Court will continue the case management conference scheduled for September 19, 2005 to November 7, 2005 at 9:00 a.m. An updated joint case management statement must be filed no later than October 27, 2005.

Dated: September 15, 2005            /s/James Ware
                                     JAMES WARE
                                     United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ronald Wilcox ronaldwilcox@post.harvard.edu

| **Dated:  September 15, 2005** | **Richard W. Wieking, Clerk** |
|---|---|
| | By:  /s/JW Chambers |
| | Ronald L. Davis |
| | Courtroom Deputy |

United States District Court
For the Northern District of California