1  Ronald Wilcox, State Bar No. 176601
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel: (408) 296-0400
   Fax: (408) 296-0486
4
5  **ATTORNEY FOR PLAINTIFF**

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE MONTEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL RECOVERY ASSOCIATES, INC.,<br>d/b/a CRA SECURITY SYSTEMS &<br>RICHARD LYONS,<br><br>Defendants. | CIV. NO. C05-01208-JW<br><br>PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT and ORDER<br><br>Date: November 7, 2005<br>Time: 9:00 AM<br>JUDGE JAMES WARE<br>Courtroom 8 |

Defendant CRA Security Systems has defaulted. Defendant Richard Lyons has never been served. The clerk of the court entered a Notice of Default against CRA Security Systems on July 20, 2005. On November 7, 2005, Plaintiff's Motion for Default against CRA Security Systems will be heard. Plaintiff does not intend to take any action against Richard Lyons since he has never been served. In light of the above Plaintiff requests the Case Management Conference be taken off calendar.

Dated: 10/25/2005

/s/ Ronald Wilcox
Ronald Wilcox
Plaintiff's Attorney

- 1 -

C05-01208-JW Plaintiff's Case Management Conference Statement

## ORDER

**IT IS SO ORDERED:**

**Dated:** 10/27/05  _____

*/s/ James Ware*

**HON. JAMES WARE**